UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-80298 CIV-HURLEY
Magistrate Judge Hopkins

DIEU-MEME TILUSCAR,

    Plaintiff,

vs.

J.V. ASSOCIATES,
D/B/A FOUR SEASONS RESORT

    Defendant.
_____/

<u>AGREED</u> **ORDER** STAYING ACTION PENDING ARBITRATION

**THIS CAUSE** came before the Court upon the Joint Motion to Stay Proceedings Pursuant to 9 U.S.C. § 3, and to Vacate Defendant's Answer Deadline. The Court having carefully reviewed the entire file and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that Joint Motion is GRANTED. A Stay of the Proceedings will be entered while the parties submit this matter to Arbitration. The Defendant does not have to file an answer or responsive pleading.

**DONE AND ORDERED** in Chambers at West Palm Beach, Palm Beach County, Florida, this ___ day of May, 2008.

                                            Daniel T. K. Hurley
                                            United States District Judge

cc:    Kimberly A. Gilmour, Esq.
         Romin N. Currier, Esq.

4819-3375-6162.1