UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-80298--CIV - HURLEY

DIEU-MEME TILUSCAR,
    Plaintiff,
vs.

J. V. ASSOCIATES,
d/b/a FOUR SEASONS RESORT,
    Defendant.

**CLOSED CASE**

## ORDER OF ADMINISTRATIVE CLOSE-OUT

**THIS MATTER** is before the court following entry of an agreed order staying this civil action pending arbitration of all claims. As there is nothing further for the court to do pending resolution of the related arbitration proceedings, it is

**ORDERED and ADJUDGED:**

1. The Clerk of the Court shall **CLOSE** this case for administrative purposes.

2. The parties shall notify the court when the related arbitration proceeding is resolved.

**DONE and SIGNED** in Chambers in West Palm Beach, Florida, this 2nd day of May, 2008.

_____
Daniel T. K. Hurley
United States District Judge

copies to:
all counsel